IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03205-GPG

ANDREW PLANCARTE,

    Applicant,

v.

JAMES FALK, Warden,
JOHN W. SUTHERS, the Attorney General of the State of Colorado, and
RICK RAEMISCH, the Executive Director of the C.D.O.C.,

    Respondents.

---

## ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. *See* D.C.COLO.LCivR 8.1(c). Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 40.1(a). Accordingly, it is

ORDERED that this case shall be drawn to a district judge, or, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 40.1(a).

DATED March 9, 2015, at Denver, Colorado.

                              BY THE COURT:

                              S/ Gordon P. Gallagher

                              United States Magistrate Judge