IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03205-GPG

ANDREW PLANCARTE,

    Applicant,

v.

JAMES FALK, Warden,
JOHN W. SUTHERS, the Attorney General of the State of Colorado, and
RICK RAEMISCH, the Executive Director of the C.D.O.C.,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1), it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in ***People v. Andrew Plancarte***, **Case No, 04CR2929**, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
            Denver County District Court
            1437 Bannock Street

      Denver, Colorado 80202; and

(2)    Court Services Manager
       State Court Administrator's Office
       1300 Broadway
       Denver, Colorado  80203.

DATED March 9, 2015, at Denver, Colorado.

                                        BY THE COURT:

                                        S/ Gordon P. Gallagher

                                        United States Magistrate Judge